appellee. Opinion by Justice Reynolds. Not to be published in full. Opinion filed June 10, 1952; released for publication July 7, 1952.

## Harold G. Charpentier et al., Plaintiffs-Appellees, v. Carl Kahn et al., Defendants-Appellants.

Gen. No. 45,616.

Maurice Weissman, for appellants; Ditchburne & Bohling, and Thomas J. Walsh, for appellees; Harry S. Ditchburne, of counsel. Opinion by Presiding Justice Kiley. Not to be published in full. Opinion filed June 18, 1952; rehearing denied and opinion modified July 16, 1952; released for publication July 17, 1952.

## Robert Bogue, a Minor, by his Mother and Next Friend, Constance Bogue, Plaintiff-Appellee, v. Johanna Larson, Helen Myers, Edgar A. Scheubert and Charles E. Scheubert, Defendants-Appellants.

Gen. No. 45,673.

 

Vogel & Bunge, for appellants; L. H. Vogel, and Robert C. Vogel, of counsel; Jack A. Cohon, and Arthur Rosenblum, for appellee. Opinion by PRESIDING JUSTICE KILEY. **Not to be published in full.** Opinion filed June 18, 1952; released for publication July 17, 1952.

## Restvale Cemetery, Inc., Appellee, v. Reverend Cleo Williams, Appellant.

### Gen. No. 45,623. 

 

 Houston H. Hall, for appellant; no appearance for appellee. Opinion by JUSTICE FEINBERG. **Not to be published in full.** Opinion filed June 18, 1952; released for publication July 17, 1952.